IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Rashid Turner , | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | Case No.: 16 Civ. 4787 (JFK) |
| United States , Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __Rashid Turner__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) __United States__.

Date:

/s/ Daniel Habib
*Signature of plaintiffs or plaintiff's counsel*

Federal Defenders of New York, Inc.
*Address*

52 Duane Street, 10th Floor, New York, NY 10007
*City, State & Zip Code*

(212) 417-8769 / (646) 484-1724
*Telephone Number*

**MEMO ENDORSED**

SO ORDERED.

Dated: New York, New York
June 5, 2020

/s/ John F. Keenan
John F. Keenan
United States District Judge