**BLOCH & WHITE LLP**

152 WEST 57TH STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10019
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3820
DIRECT E-MAIL: MBLOCH@BLOCHWHITE.COM

June 1, 2023

**By ECF**
The Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse, Rm. 1506
40 Foley Square
New York, New York 10007

      Re: *United States v. Rashid Turner*, 11-cr-912 (RA)

Dear Judge Abrams,

      On behalf of Mr. Turner, I write to request that this Court adjourn the status conference currently scheduled for June 2, 2023 at 2:00 p.m. for approximately one week. As this Court is aware, I was recently appointed as CJA counsel to represent Mr. Turner in his pending VOSR proceedings before this Court. At Mr. Turner's presentment on May 24, 2023 before Judge Gabriel W. Gorenstein, Mr. Turner agreed to detention on consent without prejudice. I am, however, in the process of preparing a bail application on Mr. Turner's behalf and require additional time to prepare our submission to the Court.

      I have spoken to the attorney for the Government assigned to this matter, AUSA Christopher DiMase, and he has no objection to the request for an adjournment.

                                Respectfully submitted,

                                Michael L. Bloch

The initial conference is adjourned to June 14, 2023 at 3:30 p.m.
Mr. Turner's bail application is referred to Magistrate Court.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 1, 2023