UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                    No.  11 Cr. 912-10 (RA)

                                            ORDER

RASHID TURNER,

                    Defendant.

-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

       On June 13, 2025, this Court imposed a sentence of time served on Defendant (U.S.M #67655-054).  It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:      June 13, 2025
                New York, New York

_____
Ronnie Abrams
United States District Judge